O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MDL No. 04-1610 AHM (Mcx)<br>CV 05-1850 AHM (Mcx)<br>CV 05-8584 AHM (Mcx)√ | Date | August 7, 2008 |
|---|---|---|---|
| Title | IN RE CONSECO LIFE INSURANCE COMPANY COST OF INSURANCE LITIGATION;<br>ARARAKI v. CONSECO LIFE INSURANCE COMPANY;<br>AE VENTURES v. CONSECO, INC. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court GRANTS the unopposed motion of Plaintiffs in the "Arakaki" (CV 05-1850) and "AE Ventures" (CV 05-8584) actions to set aside the final judgment in MDL No. 06-1610 as to their individual actions.[1] The Court will rule separately on Plaintiffs' motion for a suggestion of remand.

No hearing is necessary. Fed. R. Civ. P. 78; L. R. 7-15.

_____ : _____
Initials of Preparer    SMO

**Make JS-5**

---

[1] Docket No. 549 (in part).