O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MDL No. 04-1610 AHM (Mcx)<br>CV 05-1850 AHM (Mcx)<br>CV 05-8584 AHM (Mcx)√ | Date | August 8, 2008 |
|---|---|---|---|
| Title | IN RE CONSECO LIFE INSURANCE COMPANY COST OF INSURANCE LITIGATION;<br>ARARAKI v. CONSECO LIFE INSURANCE COMPANY;<br>AE VENTURES v. CONSECO, INC. | | |

Present: The Honorable     A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

      On the Court's own motion, the Court hereby takes OFF-CALENDAR and UNDER SUBMISSION Plaintiffs' motion for a suggestion of remand. The parties will be notified if a hearing is necessary.

                                                                 :

                        Initials of Preparer       SMO